No. 77–1238. LEVATINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5539. WALKING CROW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–5855. RAPP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–5916. MANSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 77–5954. CAREY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–5987. SCOTT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6014. ALBERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6027. SILBERBERG ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6046. WHITNEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6071. ABASCAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–6079. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 77–6090. LEWIS *v.* CHAVEZ, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 77–6106. TYLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 77–6135. DESHAZO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.